Gregory A. Wedner SBN 067965
Laurie E. Reynolds SBN 148693
**LOZANO SMITH**
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344
Telephone:     (925) 302-2000
Facsimile:      (925) 302-2010

Attorneys for Plaintiff
Pajaro Valley Unified School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/1/06*

| PAJARO VALLEY UNIFIED SCHOOL DISTRICT, | Case No. C06-00380 RMW |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF EX PARTE MOTION PERMITTING USE OF PSEUDONYMS AND ORDER THEREON** |
| v. | |
| J.S., A.O., and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff Pajaro Valley Unified School District hereby withdraws the ex parte request for an order permitting use of pseudonyms, filed on or about January 20, 2006, based on the following:

1. Withdrawal of a motion is permitted under Civil Local Rule 7-7, subdivision (e), which allows a moving party to file and serve a notice of withdrawal of a motion within seven days after service of an opposition. Plaintiff's notice of withdrawal is timely, based on Defendants' filing of their opposition on or about February 14, 2006.

2. Civil Local Rule 3-17, subdivision (a)(2), requires documents filed in the public file to protect the personal privacy and identity of minor children by using only the initials of the minor child. Further, in order to protect the privacy and identity of the child under the Local Rule, parties must use only the initials of the parent of a minor child. Plaintiff has agreed to amend its pleadings in this case to

use initials and a stipulation to that effect will be submitted to this court as soon as practicable. As a result, Plaintiff's ex parte request for an order permitting use of pseudonyms is no longer necessary.

Dated: February 23, 2006                    Respectfully submitted,

                                            **LOZANO SMITH**

                                            _____

                                            Laurie E. Reynolds
                                            Attorneys for Plaintiff
                                            Pajaro Valley Unified School District

Gregory A. Wedner SBN 067965
Laurie E. Reynolds SBN 148693
**LOZANO SMITH**
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344
Telephone:      (925) 302-2000
Facsimile:       (925) 302-2010

Attorneys for Plaintiff
Pajaro Valley Unified School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAJARO VALLEY UNIFIED SCHOOL DISTRICT, | Case No. C06-00380 RMW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| J.S., A.O., and DOES 1-10, inclusive, | |
| Defendants. | |

**ORDER**

Based on the notice of withdrawal, Plaintiff's ex parte request for an order permitting use of pseudonyms is hereby deemed WITHDRAWN and STRICKEN.

Dated: 3/1/06            /S/ RONALD M. WHYTE
                         United States District Judge

{SR032092.DOC}

PROOF OF SERVICE

(Code Civ. Proc. §§ 1013, subd. a, and 2015.5)

I declare that I am employed in the County of Contra Costa California.  I am over the age of 18 years and not a party to this action; my business address is 2000 Crow Canyon Place, Suite 200, San Ramon California 94583.

On February 23, 2006, I served the attached **Plaintiff's Notice of Withdrawal of Ex Parte Motion Permitting Use of Pseudonyms and [Proposed] Order Thereon** on each interested party in said cause as indicated below:

[ ]   **(BY PERSONAL SERVICE)**  I caused a copy of said pleadings to be hand delivered to the interested parties at:

[X]   **(BY FACSIMILE)**  I caused a copy of said pleadings to be sent via facsimile transmission to the interested parties at:

[]    **(BY OVERNIGHT MAIL)**  I caused a copy of said pleadings to be sent via overnight mail to the parties listed below:

[X]   **(BY REGULAR MAIL)**  I caused a copy of said pleadings to be placed in a United States mail depository, in a sealed envelope, with postage fully prepaid, to the below addressee(s):

> Ellen Matteucci
> 901 Owhanee Court
> Fremont, CA 94539-6986
> Fax (510)226-6210

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 23, 2006, at San Ramon, California.

_____
Dianne Lyons

{SR032092.DOC}

LOZANO SMITH
2000 Crow Canyon Place, Suite 200  San Ramon, CA 94583-1344
Tel 925- 302-2000  Fax 925-302-2010