**Gregory A. Wedner SBN 067965**
**Laurie E. Reynolds SBN 148693**
**Lozano Smith**
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344
Telephone:      (925) 302-2000
Facsimile:       (925) 302-2010

Attorneys for Plaintiff
Pajaro Valley Unified School District

**Luis Angel Alejo (SBN 220335)**
**Gretchen Regenhardt (SBN 77864)**
**Ilene Jacobs (SBN 126812)**
**Cynthia Rice (SBN 87630)**
**California Rural Legal Assistance**
21 Carr Street
Watsonville, CA 95076
Telephone: (831) 724-2253
Facsimile: (831) 724-7530

**Eileen Matteucci (SBN 77327)**
**Attorney At Law**
901 Owhanee Court
Fremont, CA  94539-6986
Telephone: (510) 623-7556

**Stephen Rosenbaum (SBN 98634)**
**Protection & Advocacy, Inc.**
1330 Broadway, Suite 500
Oakland, CA 94612-2509
Telephone: (510) 267-1200

Attorneys for Defendants J.S. and A.O.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJARO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>                 Plaintiff,<br><br>    v.<br><br>J.S., A.O., and DOES 1-10, inclusive,<br><br>                 Defendants. | *E-FILED - 6/9/06*<br><br>Case No. C06-00380 RMW<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS**<br><br>Date: June 23, 2006<br>Time:  10:30am<br>Dept:  Room 6 |

1  Counsel report that they have met and conferred regarding ADR and have reached the following
2  stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

4  The parties agree to participate in the following ADR process:

5  **Court Process:**

6  _____Non-binding Arbitration (ADR L.R. 4)

7  _____Early Neutral Evaluation (ENE)  (ADR L.R. 5)

8  __U__ Mediation (ADR L.R. 6)

10  The parties agree to hold the ADR session by:

11  __U__ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

12  _____ other requested deadline_____

14  Dated: May 24, 2006                Respectfully submitted,

17                                     LAURIE E. REYNOLDS
                                       LOZANO SMITH
18                                     Attorneys for Plaintiff

20  Dated: May 24, 2006

22                                     LUIS ALEJO
23                                     CALIFORNIA RURAL LEGAL ASSISTANCE
                                       EILEEN MATTEUCCI
24                                     LAW OFFICE OF EILEEN MATTEUCCI
                                       STEPHEN ROSENBAUM
25                                     PROTECTION AND ADVOCACY, INC.
                                       Attorneys For Defendants

LOZANO SMITH
2000 Crow Canyon Place, Suite 200  San Ramon, CA 94583-1344
Tel 925- 302-2000  Fax 925-302-2010

Gregory A. Wedner SBN 067965
Laurie E. Reynolds SBN 148693
**LOZANO SMITH**
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344
Telephone:    (925) 302-2000
Facsimile:    (925) 302-2010

Attorneys for Plaintiff
Pajaro Valley Unified School District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJARO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>                    Plaintiff,<br><br>    v.<br><br>J.S., A.O., and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. C06-00380<br><br>**DECLARATION OF LAURIE E. REYNOLDS** |

I, Laurie E. Reynolds, declare:

1.       I have personal knowledge of the matters set forth in this Declaration, or, upon information and belief, I know them to be correct. If called as a witness, I would and could testify competently about these matters.

2.       Concurrence in the filing of this Joint Stipulation and Proposed Order has been obtained from Luis Angel Alejo Esq., Eileen Matteucci Esq., and Stephen Rosenbaum Esq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
        Dated: March 24, 2006

                                                                            _____
                                                                            Laurie E. Reynolds
                                                                            LOZANO SMITH

{SR035670.DOC}

**Gregory A. Wedner SBN 067965**
**Laurie E. Reynolds SBN 148693**
**Lozano Smith**
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344
Telephone:       (925) 302-2000
Facsimile:       (925) 302-2010

Attorneys for Plaintiff
Pajaro Valley Unified School District

**Luis Angel Alejo (SBN 220335)**
**Gretchen Regenhardt (SBN 77864)**
**Ilene Jacobs (SBN 126812)**
**Cynthia Rice (SBN 87630)**
**California Rural Legal Assistance**
21 Carr Street
Watsonville, CA 95076
Telephone: (831) 724-2253
Facsimile: (831) 724-7530

**Eileen Matteucci (SBN 77327)**
**Attorney At Law**
901 Owhanee Court
Fremont, CA  94539-6986
Telephone: (510) 623-7556

**Stephen Rosenbaum (SBN 98634)**
**Protection & Advocacy, Inc.**
1330 Broadway, Suite 500
Oakland, CA 94612-2509
Telephone: (510) 267-1200

Attorneys for Defendants J.S. and A.O.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAJARO VALLEY UNIFIED SCHOOL DISTRICT,<br><br>                    Plaintiff,<br><br>     v.<br><br>J.S., A.O., and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. C06-00380<br><br>**ORDER** |

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.

The deadline for the ADR session is 90 days from the date of this order.

IT IS SO ORDERED

Dated: 6/9/06

/s/ Ronald M. Whyte
United States District Judge

# PROOF OF SERVICE

(Code Civ. Proc. §§ 1013, subd. a, and 2015.5)

I am employed in the County of Contra Costa, California.  I am over the age of 18 years and not a party to this action.  My business address is LOZANO SMITH, 2000 Crow Canyon Place, Suite 200, San Ramon, California 94583.

On May 24, 2006, I served the attached **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** on each interested party below:

[ ]  **(BY PERSONAL SERVICE)**  I caused a copy of said document to be hand delivered to the interested parties listed below:

[ ]  **(BY FACSIMILE)**  I caused a copy of said pleadings to be sent via facsimile transmission to the interested parties listed below:

[ ]  **(BY OVERNIGHT MAIL)**  I caused a copy of said pleadings to be sent by overnight mail to the parties listed below:

[ X ]  **(BY REGULAR MAIL)**  I caused a copy of said pleadings to be placed in a United States mail depository, in a sealed envelope, with postage fully prepaid, to the parties listed below:

**Luis Angel Alejo, Gretchen Regenhardt**
**Ilene Jacobs & Cynthia Rice**
**California Rural Legal Assistance**
**21 Carr Street**
**Watsonville, CA 95076**

**Eileen Matteucci**  **Stephen Rosenbaum**
**Law Office Of Eileen Matteucci**  **Protection and Advocacy**
**901 Owhanee Court**  **1330 Broadway, Suite 500**
**Fremont, CA 94539**  **Oakland, CA 94612-2509**

I declare under the penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed on May 24, 2006, at San Ramon, California.

Samantha Bell

{SR035670.DOC}