1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

SAN JOSE DIVISION

9   PAJARO VALLEY UNIFIED SCHOOL     )     Case No.: C 06-0380 PVT
    DISTRICT,                        )
10                                   )     **ORDER SETTING BRIEFING ON**
                    Plaintiff,       )     **CROSS-MOTIONS FOR SUMMARY**
11                                   )     **JUDGMENT**
          v.                         )
12                                   )
    J.S., et al.,                    )
13                                   )
                    Defendants.      )
14  _____ )

15          On May 24, 2006, the parties filed a Joint Case Management Conference Statement in which

16  they agreed to consent to Magistrate Judge jurisdiction.  On June 23, 2006, the parties appeared

17  before District Judge Whyte for Case Management Conference and confirmed their consent to

18  Magistrate Judge jurisdiction.  The case was then reassigned to Magistrate Judge Trumbull.  It has

19  come to the court's attention that the summary judgment briefing schedule proposed in the parties'

20  Joint Case Management Conference Statement was not reduced to an order, and the parties did not

21  file their briefs on the proposed dates.  Therefore,

22          IT IS HEREBY ORDERED that Plaintiff shall file its motion for summary judgment no later

23  than September 19, 2006.  Defendants shall file their opposition and cross-motion for summary

24  judgment no later than October 3, 2006.  Plaintiff shall file its reply and opposition to cross-motion

25  no later than October 17, 2006.  The motions will be heard at 10:00 a.m. on October 24, 2006.

26  Dated: *8/25/06*

27                              *Patricia V. Trumbull*
                                PATRICIA V. TRUMBULL
28                              United States Magistrate Judge

*United States District Court*

*For the Northern District of California*