1  **Gregory A. Wedner SBN 067965**
2  **Laurie E. Reynolds SBN 148693**
   **Lozano Smith**
3  2000 Crow Canyon Place, Suite 200
   San Ramon, CA 94583-1344
4  Telephone:     (925) 302-2000
   Facsimile:     (925) 302-2010
5
   Attorneys for Plaintiff
6  PAJARO VALLEY JOINT UNIFIED SCHOOL DISTRICT

7  **Luis Angel Alejo (SBN 220335)**
   **Gretchen Regenhardt (SBN 77864)**
8  **Ilene Jacobs (SBN 126812)**
   **Cynthia Rice (SBN 87630)**
9  **California Rural Legal Assistance**
   21 Carr Street
10 Watsonville, CA 95076
   Telephone: (831) 724-2253
11 Facsimile: (831) 724-7530

12 **Eileen Matteucci (SBN 77327)**
13 **Attorney At Law**
   901 Owhanee Court
14 Fremont, CA 94539-6986
   Telephone: (510) 623-7556
15

16 **Stephen Rosenbaum (SBN 98634)**
   **Protection & Advocacy, Inc.**
17 1330 Broadway, Suite 500
   Oakland, CA 94612-2509
18 Telephone: (510) 267-1200

19 Attorneys for Defendants J.S. and A.O.

20                    UNITED STATES DISTRICT COURT
21                    NORTHERN DISTRICT OF CALIFORNIA
22

| 23 | PAJARO VALLEY UNIFIED SCHOOL DISTRICT, | Case No. C06-00380 PVT |
|---|---|---|
| 24 | Plaintiff, | [PROPOSED] ORDER |
| 25 | v. | |
| 26 | J.S., A.O., and DOES 1-10, inclusive, | |
| 27 | Defendants. | |
| 28 | | |

**ORDER**

Based upon the Joint Stipulation submitted by counsel for the parties IT IS HEREBY ORDERED:

(a) The oral argument in the above-entitled matter is hereby continued to December 5, 2006 at 10:00 a.m.

Dated:   11/1/06

*Patricia V. Trumbull*
United States Magistrate Judge