1  Stephen A. Rosenbaum (SBN 98634)
   PROTECTION & ADVOCACY, INC.
2  1330 Broadway St., Suite 500
   Oakland, CA 94612
3  Telephone: (510) 267-1200
   Fax:       (510) 267-1201
4  Email: stephen@pai-ca.org

5  Eileen Matteucci (SBN 77327)
   LAW OFFICE OF EILEEN MATTEUCCI
6  901 Owhanee Court
   Fremont, CA 94539
7  Telephone: (510) 623-7556
   Email: ematteucci@comcast.net
8
   Attorneys for Defendants
9
   Gregory A. Wedner (SBN 67965)
10 LOZANO SMITH
   2000 Crow Canyon Place, Suite 200
11 San Ramon, CA 94582
   Telephone: (925) 3032-200
12 Fax:       (925) 302-2010
   Email: gwedner@lozanosmith.com
13
   Attorneys for Plaintiff
14

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                         SAN JOSÉ DIVISION

18 | PAJARO VALLEY UNIFIED SCHOOL | ) Case No. C06-00380 PVT
   | DISTRICT,                    | )
19 |                              | ) **JOINT STIPULATION TO ENLARGE**
   |                              | ) **TIME FOR FILING MOTION FOR**
20 |        Plaintiff,            | ) **ATTORNEYS' FEES; DECLARATION IN**
   |                              | ) **SUPPORT; AND [PROPOSED] ORDER**
21 |        vs.                   | )
   |                              | )
22 | J.S., A.O., and DOES 1-10, inclusive, | )
   |                              | )
23 |        Defendants.           | )
   |                              | )
24 |                              | )
   |                              | )
25

26

27

28

*PAJARO VALLEY U.S.D. v. J.S., A.O.*, CASE NO. C06-00380 PVT
JOINT STIP TO ENLARGE TIME FOR FILING MOTION FOR ATTYS' FEES; DECL. AND [PROPOSED] ORDER

Defendants, J.S. and A.O., and plaintiff, Pajaro Valley Unified School District, by and through their respective counsel of record, hereby stipulate as follows:

1. On December 15, 2006, the Court granted defendants' motion for summary judgment and denied plaintiff's motion for same. Under L.R. 54-6, defendants' motion for an award of attorneys' fees must be filed within 14 days of entry of judgment.

2. Defendants' counsel, Protection and Advocacy, Inc. and the Law Office of Eileen Matteucci, intend to seek an award of attorneys' fees.

3. The parties intend to meet and confer in an effort to informally resolve the matter and thereby alleviate the need for filing a motion.

4. As defendants' counsel require more time to prepare their fees demand and engage in written and/or oral exchanges with plaintiff, the parties are concerned that the time may exceed what is permitted under the local rules, particularly at the year-end close of business for the holidays.

///

///

///

///

///

///

///

///

///

///

///

2

5. Should the parties fail to resolve the matter informally, the parties agree that defendants' motion would be filed no later than February 15, 2007.

Dated: December 12, 2006

Respectfully submitted,

_____

Stephen A. Rosenbaum
PROTECTION AND ADVOCACY, INC.

Eileen Matteucci
LAW OFFICE OF EILEEN MATTEUCCI
Attorneys for Defendants

Dated: December 22, 2006

_____

Gregory A. Wedner
LOZANO SMITH
Attorneys for Plaintiff

Pursuant to stipulation, IS IT SO ORDERED.

Dated: ___1/2___, 2007

_____

Hon. Patricia v. Trumbull
UNITED STATES MAGISTRATE JUDGE

---

3
*PAJARO VALLEY U.S.D. v. J.S., A.O.*, CASE NO. C06-00380 PVT
JOINT STIP TO ENLARGE TIME FOR FILING MOTION FOR ATTYS' FEES; DECL. AND [PROPOSED] ORDER